UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PHILIP DODD, | No. 2:23-cv-01893-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY SHERIFF OFFICE, | |
| Defendant. | |

Plaintiff, a county jail inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On January 16, 2024, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2024 (ECF No. 4), are adopted in full.

2. The complaint is dismissed without prejudice for failure to comply with the court's November 29, 2023 order. Fed. R. Civ. P. 41(b).

3. The Clerk of Court is directed to close the case.

4. The court declines to issue a certificate of appealability.

DATED: March 4, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

2